1  KELLY W. WEIL (SBN 291398)
   kweil@cpmlegal.com
2  CARLOS URZUA (SBN 303176)
   curzua@cpmlegal.com
3  THERESA E. VITALE (SBN 333993)
   tvitale@cpmlegal.com
4  COTCHETT, PITRE & McCARTHY LLP
   2716 Ocean Park Blvd., Suite 3088
5  Santa Monica, CA 90405
   Tel.: (310) 392-2008
6  Fax: (310) 392-0111

7  *Attorneys for Plaintiff*

8  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 ALEJANDRO E. MORENO, Cal. Bar No. 256802
   ANNA JANE I. ZARNDT, Cal. Bar No. 327719
11 501 West Broadway, 18th Floor
   San Diego, California 92101-3598
12 Telephone: (619) 338-6500
   Facsimile: (619) 234-3815
13

14 *Attorneys for Defendant*

## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY KANTER-DOUD, individually,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A, a Delaware corporation; DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 2:23−CV−00678−DAD−AC<br>(Removed from Sacramento Superior Court, Case No. 34-2023-00332838-CU-FR-GDS)<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Assigned to: Hon. Dale A. Drozd<br>Courtroom: 4<br><br>FAC Filed: February 18, 2023<br>Action Removed: April 11, 2023<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff JODY KANTER-DOUD and Defendant WELLS FARGO BANK, N.A. (the "Parties") have reached an agreement to resolve this action in its entirety, and hereby submit this Joint Notice of Settlement.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 21 days. The parties request the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Dated: March 22, 2024            **COTCHETT, PITRE & McCARTHY, LLP**

By: _____/s/ Theresa Vitale_____
KELLY W. WEIL
CARLOS URZUA
THERESA E. VITALE
*Attorneys for Plaintiff*